**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| WARDELL GREEN, ADC #115209 | PLAINTIFF |
| V.   NO: 5:12-cv-00110-DPM-JJV | |
| RAY HOBBS, Director, Arkansas Department of Correction; *et al*. | DEFENDANTS |

### ORDER

In Plaintiff's Objections to Proposed Findings and Recommendations (Doc. No. 10), he appears to want to amend his Complaint. If in fact Plaintiff wishes to amend his Complaint, that request is GRANTED. A superseding Amended Complaint renders the original Complaint without legal effect, so only claims properly set out in the Amended Complaint will be allowed to proceed. The Amended Complaint should include: **(1) the name of each individual personally involved in the actions at issue in the complaint; (2) how each individual was personally involved in those actions; (3) how each individual violated the Plaintiff's constitutional rights; and (4) how Plaintiff was harmed. Plaintiff must set forth specific facts concerning the allegations made, including applicable dates, times and places.**

The Clerk shall mail the 42 U.S.C. § 1983 complaint form to Plaintiff with this Order. If Plaintiff chooses to amend his Complaint, he may complete the new complaint form in its entirety in accordance with this Order, mark it as "Amended Complaint," and file within thirty (30) days of the date of this Order.

SO ORDERED this <u>29th</u> day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE