IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WARDELL R. GREEN,                                                                    PLAINTIFF
ADC #115209

v.                               5:12-cv-00110-DPM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; LARRY
MAY, Deputy Director, Arkansas
Department of Correction; JAMES
BANKS, Warden, Varner Unit,
Arkansas Department of Correction;
DANNY BURL, Unit Warden, E.A.R.U.,
Arkansas Department of Correction;
DEXTER PAYNE, Deputy Warden,
E.A.R.U., Arkansas Department of
Correction; JAMES GIBSON; JARED
BYERS, Captain, Varner Unit, ADC;
R. D. JONES, Lt., Varner Unit, ADC                                               DEFENDANTS

## ORDER

Hobbs's Motion to Dismiss, *Document No. 31*, is granted, based on Green's response in agreement, *Document No. 35*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2012