IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| WARDELL R. GREEN, ADC #115209 | | PLAINTIFF |
| v. | 5:12-cv-00110-DPM-JJV | |
| RAY HOBBS, Director, Arkansas Department of Correction; LARRY MAY, Deputy Director, Arkansas Department of Correction; JAMES BANKS, Warden, Varner Unit, Arkansas Department of Correction; DANNY BURL, Unit Warden, E.A.R.U., Arkansas Department of Correction; DEXTER PAYNE, Deputy Warden, E.A.R.U., Arkansas Department of Correction; JAMES GIBSON; JARED BYERS, Captain, Varner Unit, ADC; R. D. JONES, Lt., Varner Unit, ADC | | DEFENDANTS |

### ORDER

Hobbs's Motion to Dismiss, *Document No. 31*, is granted, based on Green's response in agreement, *Document No. 35*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2012