# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WARDELL R. GREEN,**   PLAINTIFF
**ADC # 115209**

v.   No. 5:12-cv-110-DPM-JJV

**RAY HOBBS, Director, Arkansas**
**Department of Correction** *et al.*   DEFENDANTS

## ORDER

The Court has reviewed Magistrate Judge Volpe's partial recommended disposition, *Document No. 43*. Green has filed a letter stating he does not object to Judge Volpe's recommendations. *Document No. 46*. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own.

Plaintiff's motion for preliminary injunction and temporary restraining order, *Document No. 3*, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 September 2012